# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GENE A. ALLEN,

    *Petitioner*,

vs.

JAMES G. COX, *et al.*,

    *Respondents*.

3:14-cv-00510-RCJ-VPC

ORDER

    Petitioner, a Nevada state prisoner, filed a purported habeas petition in the United States District Court for the District of Arizona (#1). That court granted petitioner's application to proceed *in forma pauperis* and denied several other motions, including a motion for appointment of counsel, and then transferred the case to this court (#16).

    While not clear, petitioner may seek to challenge the denial of parole. However, the petition is not on the court's form. Morever, it appears to be several documents intermingled, with some pages of some type of habeas form, other pages appear to be a form motion for appointment of counsel, and other pages appear to be copies of one or more prison grievances. Under LSR 3-1 of the local rules, petitioner must file a habeas petition on the court's required § 2254 petition form. Accordingly, petitioner, a prolific filer in this and other federal district courts, shall file a new petition on the court's § 2254 form within thirty days of the date of this order.

    Finally, the court notes that if petitioner moves this court for counsel, he must set forth specifically how the complexities of his case are such that denial of counsel would amount to a denial of due process, that he suffers from mental illness or deficiencies or is of such limited education as to be incapable of fairly presenting his claims. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986); *see*

*also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir.1970).

**IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this order petitioner **SHALL FILE** a new petition on the court's form. Failure to do so may result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court shall SEND petitioner two copies each of a § 2254 habeas petition form, along with one copy of the instructions for the form and of the papers he submitted at docket #1.

**IT IS FURTHER ORDERED** that the petitioner's application for entry of default (#10) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for district judge to reconsider (#18) is **DENIED** without prejudice to petitioner's filing a new motion for appointment of counsel with this court.

Dated: This 29th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE