# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GENE A. ALLEN,

    *Petitioner*,

vs.

JAMES G. COX, *et al.*,

    *Respondents*.

3:14-cv-00510-RCJ-VPC

ORDER

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, filed by a Nevada state prisoner. On May 7, 2015, this court granted petitioner's motion for counsel and appointed the Federal Public Defender to represent petitioner in this action (ECF #30). On June 8, 2015, Ryan Norwood of the Federal Public Defender's Office appeared on behalf of petitioner (ECF #31). The court now sets a schedule for further proceedings in this action.

**IT IS THEREFORE ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

**IT IS FURTHER ORDERED** that petitioner shall have **ninety (90) days** from the date of this order to **FILE AND SERVE** on respondents an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).

**IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents shall have **thirty (30)** days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall have **thirty (30) days** after service of the answer to file and serve a reply.

**IT FURTHER IS ORDERED** that any additional state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by number. The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment**.**

**IT FURTHER IS ORDERED** that the parties **SHALL SEND** courtesy copies of all exhibits to the **Reno** Division of this court. **While the Local Rules provide that parties should send paper courtesy copies of filings over fifty pages, in this instance, courtesy copies may be in paper form or as PDF documents saved to a CD–so long as each PDF is clearly identified by exhibit number**. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties shall provide courtesy copies of any additional exhibits submitted to the court in this case, in the manner described above.

Dated: June 16, 2015.

_____
UNITED STATES DISTRICT JUDGE