UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GENE A. ALLEN,<br><br>                           Petitioner,<br>     v.<br>JAMES G. COX, SR., et al.,<br><br>                           Respondents. | Case No. 3:14-cv-00510-RCJ-VPC<br><br>ORDER |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by Nevada state prisoner Gene A. Allen. On May 7, 2015, the court granted Allen's motion for appointment of counsel and appointed the Federal Public Defender (FPD) to represent him (ECF No. 30). The FPD filed a first-amended petition on March 11, 2016 (ECF No. 44).

Allen has subsequently submitted a *pro se* motion for discovery, index and exhibits (ECF No. 49). The court notes that Allen observes in his motion that the counseled petition is an "excellent brief." *Id*. In any event, Local Rule IA 11-6 provides that a party who is represented by counsel may not personally file any documents with the court; his attorney must file all documents. Petitioner has sought and been granted counsel, and his *pro se* submission is not properly before the court. It shall therefore be stricken.

**IT IS THEREFORE ORDERED** that petitioner's p*ro se* motion for discovery (ECF No. 49) is **STRICKEN**.

1

**IT IS FURTHER ORDERED** that petitioner's counseled second, third, and fourth unopposed motions for extension of time to file an amended petition (ECF Nos. 37, 42, 43) are all **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that respondents' first and second motions for extension of time to respond to the amended petition (ECF Nos. 50 and 52) are both **GRANTED**. Respondents shall file their response to the petition within **thirty (30) days** of the date of this order.

Dated: July 18, 2016.

_____
ROBERT. C. JONES
UNITED STATES DISTRICT JUDGE